1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:      (415) 697-2000
5  Facsimile:      (415) 813-2045

6  Attorneys for Defendants CITY OF FREMONT, JOEL
   HERNANDEZ, JEREMY MISKELLA
7

8  JOHN L. BURRIS, Esq. (SBN 69888)
   ADANTE D. POINTER, Esq. (SBN 236229)
9  MELISSA C. NOLD, Esq. (SBN 301378)
   THE LAW OFFICES OF JOHN L. BURRIS
10 Airport Corporate Centre
   7677 Oakport Street, Suite 1120
11 Oakland, California 94621
   Telephone: (510) 839-5200
12 Facsimile:  (510) 839-3882
   john.burris@johnburrislaw.com
13 adante.pointer@johnburrislaw.com
   melissa.nold@johnburrislaw.com
14

15 Attorneys for Plaintiff
16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                   OAKLAND DIVISION

20 MICHELLE MONDRAGON, individually        Case No. 4:18-CV-01605 YGR
   and as Successor-in-Interest to Decedent
21 ELENA MONDRAGON,                        **JOINT CASE MANAGEMENT
                                           CONFERENCE STATEMENT**
22              Plaintiff,
                                           Hon. Yvonne Gonzalez Rogers
23       v.

24 CITY OF FREMONT, a municipal            Date:      December 10, 2018
   corporation; JOEL HERNANDEZ            Time:      2:00 p.m.
25 individually and in his official capacity as  Ctrm:      1, 4th Floor
   a police officer for the CITY OF
26 FREMONT; JEREMY MISKELLA,
   individually and in his official capacity as
27 a police officer for the CITY OF
   FREMONT and DOES 1-25, inclusive,
28 individually and in their official capacity

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

240587.1

1  as police officers for the CITY OF
   FREMONT,
2
                        Defendants.
3

4      The parties to the above-entitled action jointly submit this Case Management Statement:

5      **1.      JURISDICTION AND SERVICE:**

6      Plaintiff MICHELLE MONDRAGON, individually and as Successor-in-Interest to

7  Decedent ELENA MONDRAGON ("Plaintiff") filed the operative, First Amended Complaint

8  ("FAC") in the United States District Court for the Northern District of California on April 13,

9  2018. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 (federal question) in

10 that Plaintiff's claims for relief arises under 42 U.S.C. §1983. The complaint contains additional

11 claims for relief arising under the laws of the State of California. These claims are related to the

12 federal claims arising under 42 U.S.C. § 1983.

13     Nominal Defendant Richard Mondragon, biological father of Decedent Elena Mondragon,

14 has not been served. Plaintiff is attempting to ascertain his whereabouts at this time.

15     No issues exist regarding personal jurisdiction or venue.

16     **2.      FACTS:**

17     **a.      Brief Chronology of Facts:**

18     Defendants:

19     On March 14, 2017, Fremont officers tracked and followed an individual (Rico Tiger)

20 with outstanding warrants for armed robbery. During their attempt to apprehend Mr. Tiger (who

21 was in a vehicle with others), Tiger drove towards police. Officers fired at him in response.

22 Passenger Elena Mondragon was unfortunately hit and ultimately passed away from her injuries.

23     Plaintiff:

24     On March 14, 2017, at approximately 5:15 p.m., 16-year-old Decedent Elena Mondragon

25 was leaving City View Apartment Complex, located at 25200 Carlos Bee Blvd., in Hayward,

26 California. Decedent had been swimming at the apartment complex with her female cousin and

27 two male friends, including Mr. Rico Tiger. The teens were unknowingly being surveilled by

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

JOINT CASE MANAGEMENT STMT
4:18-CV-01605

240587.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

Defendants from another jurisdiction due to an alleged warrant for Mr. Tiger. The four teenagers got into a BMW, with Decedent sitting in the passenger seat. Defendants made no attempt to detain Mr. Tiger during the time he was swimming or returning to the car. Instead, Defendants inexplicably permitted Mr. Tiger to enter the vehicle with three passengers, including two innocent teenage girls. As the car, driven by Mr. Tiger, began to leave the parking lot, an unmarked van and sport utility vehicle abruptly pulled in front of the car full of teens, boxing them in. Four plain-clothed City of Fremont Police Officers jumped out of the van and SUV with their AR-15 rifles drawn and pointed them at the teens. The officers did not identify themselves as law enforcement officers. The driver of the van, seeing a group of armed males with their weapons drawn, attempted to drive to safety.

As Mr. Tiger attempted to flee from the armed men, Defendant City of Fremont Police Officers Miskella and Hernandez fired a relentless line of gun fire into the BMW. The Defendants' bullets struck the Decedent four times. The shooting left Decedent in agonizing pain. The 16-year-old ultimately succumbed to her gunshot wound injuries. Decedent was several weeks pregnant when she was shot to death.

Plaintiff alleges Defendants acted in violation of City of Fremont Police Department policy and contravened long-standing tactical guidelines when they allowed the target of their investigation to enter a moving vehicle with three bystanders and fired upon a fully occupied moving vehicle in a populated area.

 Principal Factual Issues in Dispute:

(1)     Rico Tiger's actions driving the vehicle;

(2)     Whether Defendants violated City of Fremont Police Department policy;

(3)     Whether Defendants were disciplined for violation of City of Fremont Police Department policy; and

(4)     Whether Defendants provided notice of their intent to use deadly force.

**3.     Legal Issues**

The Complaint alleges the following:

(1)     Fourth Amendment excessive force (survival claim) (First Cause of Action)

JOINT CASE MANAGEMENT STMT
4:18-CV-01605

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

(against R. Mondragon, Miskella, and Hernandez);

(2)   Fourteenth Amendment loss of familial relationship (Second Cause of Action) (against R. Mondragon Miskella, and Hernandez);

(3)   *Monell* liability (Third Cause of Action) (against R. Mondragon and Fremont);

(4)   Wrongful-death Negligence (Fourth Cause of Action) (against R. Mondragon, Miskella, and Hernandez);

(5)   Bane Act (Fifth Cause of Action) (against R. Mondragon, Miskella, and Hernandez);

(6)   Intentional Infliction of Emotional Distress ("IIED") (Sixth Cause of Action) (against R. Mondragon, Miskella, and Hernandez);

Adjudication of Plaintiff's claims and Defendants' defenses will depend on the resolution of the following principal legal disputes, in addition to the factual disputes listed above:

(1)   Whether decedent, a bystander, was "seized" under the Fourth Amendment;

(2)   Whether defendant officer(s)' force used against was reasonable or unreasonable (i.e. constitutional or not);

(3)   Whether the defendant officers are entitled to qualified immunity liability for Plaintiff's 42 U.S.C. § 1983 claims (i.e. whether the constitutional right was clearly established at the time of the alleged misconduct);

(4)   Whether the defendant officers acted with a specific intent to violate decedent's Fourth Amendment rights;

(5)   Whether Defendant City has a culture, pattern or practice of ratifying officer misconduct;

(6)   Whether Defendants used excessive force in violation of the Fourth Amendment;

(7)   Whether Defendants provided notice of their intend to use deadly force;

(8)   Whether Defendants actions constituted violations of the Fourteenth Amendment for loss of familial relationship;

(9)   Whether Defendants acted violated any duties to Decedent; and

(10)  Whether Defendants' pre-shooting conduct was lawful.

JOINT CASE MANAGEMENT STMT
4:18-CV-01605

240587.1

**4.      Motions:**

Pending discovery, Defendants may file a motion for summary judgment/adjudication.

**5.      Amendment of Pleadings:**

Plaintiff anticipates amending the pleading to add Defendants and allege additional facts once discovery review is complete.

**6.      Evidence Preservation:**

The parties have taken all steps necessary to preserve evidence relevant to the issues reasonably evident in this action.

**7.      Disclosures:**

The Rule 26 expert disclosure deadline is set for January 15, 2019, with rebuttal deadline set for January 30, 2018. The parties previously set a disclosure deadline.

**8.      Discovery:**

The parties are participating in discovery. Written discovery has been exchanged and depositions are being scheduled. The parties previously entered into a standard protective order.

**9.      Class Actions:**

This case is not a class action.

**10.      Related Cases:**

Alameda County Superior Court Case No. 18-CR-003497. Mr. Tiger, the driver of the vehicle, is being prosecuted for various incident-related crimes, including: murder of Ms. Mondragon (Penal Code § 187(a)); attempted murder of Officer Chahouati, by use of an automobile (Penal Code §§ 187(a)/664); attempted murder of Sgt. Miskella, by use of an automobile (Penal Code §§ 187(a)/664); assault with a deadly weapon upon Officer Chahouati (Penal Code § 245(c)); and assault with a deadly weapon upon Sgt. Miskella (Penal Code § 245(c).)  The murder charge relating to Ms. Mondragon is under a "provocative act" theory.

The Court previously granted a partial stay in the above-captioned civil litigation. (Dkt. No. 41).

**11.      Relief:**

Monetary damages and injunctive relief if appropriate.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

JOINT CASE MANAGEMENT STMT
4:18-CV-01605

240587.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**12.    Settlement and ADR:**

A settlement conference is scheduled before Judge Corley on December 18, 2018.

**13.    Consent to Magistrate Judge For All Purposes:**

Plaintiff previously declined magistrate jurisdiction. See Docket No. 8.

**14.    Other References:**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.    Narrowing of Issues:**

The parties are presently unaware of any issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), or any request to bifurcate issues, claims, or defenses.  They request that this issue be revisited at a further case management conference.

**16.    Expedited Schedule**

The present matter is not the type of case that can be handled on an expedited basis with streamlined procedures.

**17.    Scheduling:**

 The Court previously issued a Scheduling Order (Dkt. No. 34), subject to the grant of partial stay (Dkt. No. 41).

**18.    Trial:**

All parties demand a jury trial. A 7-day trial is estimated.

**19.    Disclosure of Non-party Interested Entities or Persons:**

City of Fremont, a public entity, is exempt from the disclosure requirement pursuant to Civil L.R. 3-16(a).  None to disclose for plaintiff.

///

///

///

///

///

JOINT CASE MANAGEMENT STMT
4:18-CV-01605

240587.1

20.     **Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**.

The parties intend to file a stipulation seeking leave to reset the current Fact Discovery and Expert Discovery deadlines.

Respectfully submitted,

Dated:  December 3, 2018              LAW OFFICES OF JOHN L. BURRIS


By:   */s/Melissa Nold*_____
      JOHN L. BURRIS
      ADANTE POINTER
      MELISSA NOLD
      Attorneys for Plaintiff
      MICHELLE MONDRAGON, individually and
      as Successor-in-Interest to Decedent ELENA
      MONDRAGON


Dated:  December 3, 2018              ALLEN, GLAESSNER,
                                      HAZELWOOD & WERTH, LLP


By:   */s/ Kevin P. Allen*_____
      DALE L. ALLEN, JR.
      KEVIN P. ALLEN
      Attorneys for Defendants
      CITY OF FREMONT, JOEL HERNANDEZ,
      JEREMY MISKELLA

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

240587.1