**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTÉ D. POINTER, Esq., SBN 236229**
**MELISSA C. NOLD, Esq., SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Melissa.Nold@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MONDRAGON, individually and as Successor-in-Interest to Decedent ELENA MONDRAGON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF FREMONT, et al.,<br><br>    Defendants. | CASE NO.:  5:18-cv-01605<br><br>**DECLARATION OF MELISSA NOLD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, MELISSA NOLD, declare:

1. I am the attorney of record for Plaintiffs in this action.  I am over the age of eighteen (18) years. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. The document described as 'Exhibit 1,' attached to this Declaration, are true and accurate copy of City of Fremont Police Officer Sergio Quintero's Deposition transcript excerpts.

3. The document described as 'Exhibit 2,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Officer Thomas Edwards' Deposition transcript excerpts.

4. The document described as 'Exhibit 3; attached to this Declaration, is a true and accurate copy of City of Fremont Police Department's Use of Force Policy.

5. The document described as 'Exhibit 4,' attached to this Declaration, is a true and accurate copy Of City of Fremont Police Department's Body Worn Camera Policy.

The foregoing is true and accurate to the best of my knowledge.

Dated: September 16, 2019        /s/Melissa C. Nold
                                 MELISSA C. NOLD
                                 COUNSEL FOR PLAINTIFF