**JOHN L. BURRIS, Esq., SBN 69888**
**MELISSA C NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Melissa.Nold@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MONDRAGON, individually and as Successor-in-Interest to Decedent ELENA MONDRAGON,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CITY OF FREMONT, et al,<br><br>                    Defendants. | CASE NO.: 5:18:cv-01605<br><br>**DECLARATION OF MELISSA NOLD IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH AND/OR IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER, AND SANCTIONS.** |

I, MELISSA NOLD, declare:

1. I am counsel of record in this matter. I am over the age of eighteen (18) years. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. Exhibit 1 is a true and correct copy of the joint press released distributed on March 16, 2020, by the counties of Alameda, San Francisco, and others, announcing the imposition of a mandatory shelter in place was announced, starting March 17, 2020.

3. Plaintiff's counsel's office is located in Alameda County.

4. On March 16, 2020, the Law Offices of John L. Burris closed its office in compliance with the mandatory stay at home orders.

**5.** On March 17, 2020, matters of litigation commenced, in limited work from home capacities, with counsel exchanging necessary documents electronically.

6. Exhibit 3 is a true and correct copy of the March 18, 2020 email exchange between Defendants' counsel Gregory Fox and Plaintiff's counsel Melissa Nold, regarding the deposition of witnesses to unrelated crimes.

7. Exhibit 4 is a true and correct copy of the March 30, 2020, email exchange between Defendants' counsel Gregory Fox and Plaintiff's counsel Melissa Nold, regarding counsel's issues receiving mail due to office closure.

8. Exhibit 5 is a true and correct copy of the April 6, 2020 email exchange between Defendants' counsel Gregory Fox and Plaintiff's counsel Melissa Nold, wherein Fox indicates his awareness of Nold's illness and suggests a 30 day stay.

9. On May 19, 2020, I returned to the office after recovering from my Covid-19 illness and discovered correspondence from First Legal, regarding twenty (20) subpoenas they received from Defendants and inquiring if I wished to obtain copies of the documents.

10. On May 19, 2020, I contacted First Legal and discovered that most of the documents had already been produced.

11. Exhibit 6 is a true and correct copy of the May 20, 2020 email exchange between Defendants' counsel Gregory Fox and Plaintiff's counsel Melissa Nold, wherein I notified Fox of Plaintiff's objections for violations of Federal Rules of Civil Procedure Rule 45 and Fox indicated he would get back to me.

12. Fox never provided a substantive response to my May 20, 2020 notification that he violated the Federal Rule of Civil Procedure.

13. On May 22, 2020, Defendants provided Plaintiff an updated Initial Disclosure, describing thirty (30) potential witnesses who witnessed or investigated wholly unrelated incidents that Defendants are seeking to introduce at trial.

The foregoing is true and accurate to the best of my knowledge.

Dated: June 4, 2020                                /s/ Melissa C. Nold
                                                   MELISSA C. NOLD
                                                   ATTORNEY AT LAW