**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTÉ D. POINTER, Esq., SBN 236229**
**MELISSA C. NOLD, Esq., SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Melissa.Nold@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MICHELLE MONDRAGON, individually and as Successor-in-Interest to Decedent ELENA MONDRAGON,

  Plaintiff,

  vs.

CITY OF FREMONT, et al.,

  Defendants.

CASE NO.: 5:18-cv-01605

**DECLARATION OF MELISSA NOLD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, MELISSA NOLD, declare:

1. I am the attorney of record for Plaintiffs in this action. I am over the age of eighteen (18) years. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. The document described as 'Exhibit 1,' attached to this Declaration, are true and accurate copy of City of Fremont Police Officer Jeremy Miskella's Deposition transcript excerpts.

3. The document described as 'Exhibit 2,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Officer Ghailan Chahouati's Deposition transcript excerpts.

4. The document described as 'Exhibit 3,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Officer Joel Hernandez's Deposition transcript excerpts.

5. The document described as 'Exhibit 4' attached to this Declaration, is a true and accurate copy of City of Fremont Police Officer Sergio Quintero's Deposition transcript excerpts.

6. The document described as 'Exhibit 5,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Department's sketch of the scene from the investigatory file.

7. The document described as 'Exhibit 6,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Department Use of Force Policy 300.

8. The document described as 'Exhibit 7,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Department's photograph of the rear of the BMW with trajectory rods installed.

9. The document described as 'Exhibit 8,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Department's photograph of the side of the BMW with trajectory rods installed.

10. The document described as 'Exhibit 9 (a) and (b),' attached to this Declaration, is a true and accurate copy of City of Fremont Police Department's photograph of the front of the BMW with trajectory rods installed.

11. The document described as 'Exhibit 10,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Department's photograph of the front of the Dodge minivan involved in the subject incident.

12. The document described as 'Exhibit 11,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Department's photograph of the side of the Dodge minivan involved in the subject incident.

13. The document described as 'Exhibit 12,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Department's Declaration of Craig Gaches regarding the failure to preserve evidence.

14. The document described as 'Exhibit 13,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Department Body Worn Camera Policy.

15. The document described as 'Exhibit 14; attached to this Declaration, is a true and accurate copy of Elena Mondragon's Autopsy Report.

16. The document described as 'Exhibit 15,' attached to this Declaration, is a true and accurate copy of City of Fremont Police Officer Thomas Edwards' Deposition transcript excerpts.

The foregoing is true and accurate to the best of my knowledge.

Dated: July 24, 2020                    /s/ Melissa C. Nold
                                        MELISSA C. NOLD
                                        COUNSEL FOR PLAINTIFF