UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MONDRAGON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, and others,<br><br>Defendants. | Case No. 18-cv-01605 NC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DECLARE DEFENDANTS' APPEAL FRIVOLOUS; AND GRANTING DEFENDANTS' MOTION TO STAY CASE PENDING APPEAL** |

This Court denied defendants' motion for summary judgment on August 31, 2020. ECF 146. Defendants filed a Notice of Appeal to the Ninth Circuit on September 22. ECF 149.

Now presented are Plaintiff's motion to declare the appeal as frivolous (ECF 151) and Defendants' motion to stay the case pending the resolution of their appeal (ECF 153). Having reviewed the motions and responding briefs, the Court rules without need for a hearing.

First, the Court determines that the appeal is not frivolous. Plaintiff's motion is therefore denied.

Next, the Court determines that a stay would support the efficient and fair

1

administration of justice. The qualified immunity issue is central to the defendants' defense. In this procedural posture, it would be more efficient to stay the case in this Court until the pending appeal is resolved.

Accordingly, this case is STAYED until the resolution of the appeal. Defendants must notify this Court within 7 days of the resolution of the appeal. If the appeal has not resolved by October 9, 2021, the parties must file a joint status update. The Clerk of Court is requested to administratively CLOSE this case until the stay is lifted.

**IT IS SO ORDERED.**

Dated: October 9, 2020

/S/
NATHANAEL M. COUSINS
United States Magistrate Judge