UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MONDRAGON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FREMONT, and others,<br><br>　　　　Defendants. | Case No. 18-cv-01605-NC<br><br>**ORDER AFTER PRETRIAL CONFERENCE** |

The Court held a pretrial conference on May 18, 2022. This order summarizes the events discussed at the pretrial conference:

1. MOTION FOR SANCTIONS: Plaintiff's request for monetary sanctions, at ECF 264, is DENIED for the reasons stated on the record. As the Court noted at the conference, the documents in Exhibit 32 have already been excluded. *See* ECF 269.

2. BIFURCATION: The Court DENIES Defendants' request to trifurcate the trial. Instead, the trial will be bifurcated. First, the jury will hear all of the claims. If the jury finds for Plaintiff on liability and punitive damages, then the issue of the amount of punitive damages will be tried in a second phase. The second phase will begin immediately after the jury returns its verdict.

//

3. **MOTIONS FOR WRITS OF HABEAS CORPUS:** The Court GRANTS Defendants' motions at ECF 259 and ECF 260. Khyrie Copes, PFN: BKL290, will be transported to the courthouse on **June 16, 2022**. And Rico Tiger, PFN: BLJ263, will be transported to the courthouse on **June 17, 2022.**

4. **REMOTE TESTIMONY:** The parties mentioned the possibility of remote witness testimony. If the parties wish to have a witness appear remotely, they must file a stipulation to that effect by **May 20, 2022**. If the Court grants the stipulation, the parties must have their remote witnesses review the Order re: Remote Testimony, at ECF 234, before they take the stand.

5. **LOCATION:** The trial will take place in Courtroom 8. Courtroom 8 is equipped with screens for the jurors, counsel, and the Court to view exhibits.

6. **COURTROOM WALK-THROUGH:** The parties are to coordinate with my Courtroom Deputy, Lili Harrell, to schedule a walk-through and tech rehearsal.

7. **JURY QUESTIONNAIRE:** The Jury Office will distribute a jury questionnaire to potential jurors around **Friday, June 3, 2022**. The Court will send the juror's responses to the parties during the week of **June 6, 2022**. At that time, the Court will set a deadline for the parties to make any for cause challenges to potential jurors.

8. **JURY VACCINATION REQUIREMENT:** The Court will not grant for cause excusals of jurors on the sole basis that they are unvaccinated.

9. **SUPPLEMENTAL JURY QUESTIONNAIRE:** The Court will issue a proposed supplemental jury questionnaire later this week. At that time, the Court will set a deadline for the parties to make objections to the proposed questionnaire. The supplemental questionnaire will only be distributed to jurors who arrive to the courthouse on **Monday, June 13, 2022**.

10. **JURY SELECTION:** Jury selection will take place on **Monday, June 13, 2022, at 9:30 a.m.** in Courtroom 8. The Court will request that the Jury

Office prepare forty jurors for selection. The jurors will come to Courtroom 8 in two groups of no more than twenty jurors. The parties will each have twenty minutes for voir dire of each group of jurors. Each side is permitted three preemptory challenges total for all approximately forty jurors. The Court will not allow additional preemptory challenges if a jury is not selected from the first group of twenty jurors. Eight jurors will be selected.

11. TRIAL SCHEDULE: The trial will begin with opening statements on **Tuesday, June 14, 2022, at 9:30 a.m.** The trial will run from 9:30 a.m. through 4:30 p.m. each weekday with morning, lunch, and afternoon breaks. Each side will have twelve hours to present their arguments for phase one of the trial. The Court will allow thirty additional minutes of trial time to each side for phase two: the punitive damages phase.

12. MASK POLICY: The Court requires all individuals to wear masks in the courtroom. Only testifying witnesses and questioning attorneys may remove their masks.

13. *DAUBERT* HEARING: The Court will hold a *Daubert* hearing on **June 2, 2022, at 9:30 a.m.** via Zoom videoconference. *See* ECF 269. At the hearing, Plaintiff's challenged expert will be examined, then Defendants' challenged expert will be examined. Each side will have thirty minutes for direct examination and thirty minutes for cross-examination of each witness.

14. REMAINING PRETRIAL ISSUES: At the end of the *Daubert* hearing, the Court will discuss any remaining pretrial issues with the parties.

**IT IS SO ORDERED.**

Dated: May 18, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

3