UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MONDRAGON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, JOEL HERNANDEZ, JEREMY MISKELLA, and GHAILAN CHAHOUATI,<br><br>    Defendants. | Case No. 18-cv-01605-NC<br><br>**JUDGMENT** |

In accordance with: (1) the stipulation dismissing Richard Mondragon from the case (ECF 78); (2) Defendants' voluntary dismissal of their cross-claim against Cross-Defendant Rico Tiger (ECF 81); (3) the Court's March 10, 2020 Order Granting In Part and Denying In Part Defendants' Motion to Dismiss the Third Amended Complaint with leave to amend and dismissing the *Monell* claim against Defendant City of Fremont without leave to amend (ECF 115); (4) the stipulation to dismiss Plaintiff's § 1983 Fourth Amendment and Fourteenth Amendment claims against Defendant Officer Ghailan Chahouati (ECF 170; ECF 186); (5) the Court's dismissal of Plaintiff's Bane Act claim against Defendant Officer Ghailan Chahouati (ECF 306); (6) and the jury's June 24, 2022 unanimous verdict (ECF 332) finding Defendant Officers Joel Hernandez and Jeremy Miskella not liable for violations of the Fourth and Fourteenth Amendments under 42

U.S.C. § 1983, Defendant Officers Joel Hernandez, Jeremy Miskella, and Ghailan Chahouati not liable for violation of the Bane Act, and all Defendants liable for negligence with Defendant Officer Joel Hernandez 12% at fault, Defendant Officer Jeremy Miskella 25% at fault, and Defendant Officer Ghailan Chahouati 12% at fault, judgment is entered in favor of Plaintiff and against Defendants on the Negligence–Wrongful Death claim.

Total judgment, in favor of Plaintiff Michelle Mondragon, in the sum of $21,000,000–including $10,000,000 in past noneconomic damages and $11,000,000 in future noneconomic damages–is entered in accordance with each Defendants' comparative fault determined by the jury, as follows:

1. $2,520,000 (12%) is entered against Defendant Joel Hernandez.
2. $5,250,000 (25%) is entered against Defendant Jeremy Miskella.
3. $2,520,000 (12%) is entered against Defendant Ghailan Chahouati.

Defendant City of Fremont is jointly and severally liable for the judgment against each Defendant Officer under a respondeat superior theory of liability.

The Clerk is ordered to terminate Case No. 18-cv-01605-NC.

**IT IS SO ORDERED.**

Dated: June 30, 2022

NATHANAEL M. COUSINS
United States Magistrate Judge